**Electronically Filed
Supreme Court
SCWC-23-0000445
13-APR-2026
02:32 PM
Dkt. 7 ODAC**

SCWC-23-0000445

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

AZURE M. SKELLINGTON,
Respondent/Petitioner-Appellee,

vs.

ISAAC JAMES KAMA,
Petitioner/Respondent-Appellant.

(CAAP-23-0000445; CASE NO. 1FDA-23-0001237)

-------------------------------------------

ISAAC JAMES KAMA© - Petitioner/Plaintiff
By: Isaac-James: Kama©, In Propria Persona,
(FOR THE CORPORATE LEGAL FICTION OF ISAAC JAMES KAMA©),
Petitioner/Plaintiff-Appellant,

vs.

AZURE M. SKELLINGTON; LESLEY N. MALOIAN, D/B/A: STATE OF HAWAIʻI
FAMILY COURT OF THE FIRST CIRCUIT; KIMBERLY LIBOKMETO, D/B/A:
STATE OF HAWAIʻI FAMILY COURT OF THE FIRST CIRCUIT;
SANDRA M.N. YOU, D/B/A: STATE OF HAWAIʻI FAMILY COURT
OF THE FIRST CIRCUIT; and ROBERT MARK BROWNING, D/B/A: STATE OF
HAWAIʻI FAMILY COURT OF THE FIRST CIRCUIT,
Respondents/Defendants-Appellees.

(CAAP-24-0000434; CASE NO. 1CCV-23-0001515)

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens JJ.,
and Circuit Judge Somerville, assigned by reason of vacancy)

The application for writ of certiorari filed on March 6, 2026, by Petitioner Issac James Kama, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 13, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Vladimir P. Devens

/s/ Rowena A. Somerville